FILED
RICHARD W. NAGEL
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI**

2024 MAY -9 AM 9: 05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. **1:24CR 049** |
| Plaintiff, | : | INDICTMENT  **J. COLE** |
| v. | : | 18 U.S.C. § 933(a)(3) |
| | : | 18 U.S.C. § 2 |
| JERMAINE DORSEY, | : | 18 U.S.C. § 922(o) |
| JOSIAH WASHINGTON, and | : | 18 U.S.C. § 922(g)(1) |
| DIAJONTE BANKS, | : | FORFEITURE ALLEGATION |
| Defendants. | : | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Conspiracy to Traffick Firearms)**

Beginning on or about April 10, 2024, and continuing to and including April 25, 2024, in the Southern District of Ohio, the defendants, **JERMAINE DORSEY, JOSIAH WASHINGTON,** and **DIAJONTE BANKS**, knowingly conspired to transfer and otherwise dispose of firearms to another person in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of those firearms by the recipient would constitute a felony.

In violation of 18 U.S.C. § 933(a)(3).

**COUNTS TWO - NINE**
**(Attempted Firearms Trafficking)**

On the dates listed below, in the Southern District of Ohio, the defendants, **JERMAINE DORSEY, JOSIAH WASHINGTON,** and **DIAJONTE BANKS**, attempted to transfer, cause to

be transported, and otherwise dispose of the firearms listed below to another person in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony:

| COUNT | DATE | FIREARM | PRICE |
|---|---|---|---|
| 2 | 4/10/2024 | (1) a Girsan Regard MC, 9mm caliber pistol (S/N: T6368-19A01022); (2) a Smith & Wesson, Model M&P 9 Shield M2.0, 9mm caliber pistol, with an obliterated serial number | $1,300.00 |
| 3 | 4/11/2024 | Glock, Model 22, .40 caliber pistol (S/N: CNX975) | $900.00 |
| 4 | 4/11/2024 | (1) a Diamondback, Model DB15, multi-caliber rifle (S/N: DB2041175); (2) an unknown manufacturer and model, .223 caliber rifle, with no visible serial number | $1,960.00 |
| 5 | 4/15/2024 | (1) a Smith & Wesson, Model SD40VE, .40 caliber pistol, (S/N: FBF5530); (2) a Beretta, Model M9A3, 9mm caliber pistol (S/N: B062162Z); (3) a Glock, Model 23, .40 caliber pistol (S/N: MMH810); (4) a Taurus, Model G3 9mm caliber pistol (S/N: ADD237864) | $3,400.00 |
| 6 | 4/15/2024 | Romarm/Cugir, Model Draco, 7.62x39 caliber pistol (S/N: ROA22DG-6976) | $1,400.00 |
| 7 | 4/17/2024 | Glock, Model 21, .44 caliber pistol (S/N: HVK482) | $1,600.00 |
| 8 | 4/23/2024 | Just Right Carbines, Model JR Carbines, Multi-Caliber, G-9mm pistol (S/N: JRCV079591) | $1,400.00 |
| 9 | 4/25/2024 | (1) a Smith & Wesson, Model SD9VE, 9mm pistol, (S/N: FDP1202); | $1,500.00 |

|  |  | (2) a Glock, Model 44, .22 caliber pistol (S/N: AEHK448);<br><br>(3) a Iver Johnson, 12-gauge shotgun (S/N: 18E4075) |  |
|---|---|---|---|

In violation of 18 U.S.C. § 933(a)(3); 18 U.S.C. § 2; *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT TEN
### (Illegal Possession of a Machinegun)

On or about April 8, 2024, in the Southern District of Ohio, the defendant, **JERMAINE DORSEY**, knowingly possessed a machinegun, that is, a machinegun conversion device, which modifies a Glock, Model 21, .45 caliber semi-automatic pistol (S/N: NYC506), to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of 18 U.S.C. § 922(o).**

## COUNT ELEVEN
### (Illegal Possession of a Machinegun)

On or about April 17, 2024, in the Southern District of Ohio, the defendant, **JERMAINE DORSEY**, knowingly possessed a machinegun, that is, a machinegun conversion device, which modifies a Glock, Model 21, .45 caliber pistol (S/N: HVK482), to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of 18 U.S.C. § 922(o).**

## COUNT TWELVE
(Felon in Possession of a Firearm)

On or about April 25, 2024, in the Southern District of Ohio, the defendant, **JERMAINE DORSEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, Model Shield, 9mm caliber pistol (S/N: LFA1718), and a Glock, Model 26 9mm caliber pistol (S/N: WFK734), and the firearm was in and affecting interstate commerce.

**In violation of 18 U.S.C. § 922(g)(1).**

## FORFEITURE ALLEGATION ONE

Upon conviction of any offense set forth in Counts One through Twelve of this Indictment, the defendants, **JERMAINE DORSEY, JOSIAH WASHINGTON,** and **DIAJONTE BANKS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s), including but not limited to:

a) Glock, Model 21, .45 caliber semi-automatic pistol (S/N: NYC506), with any attachments and ammunition including approximately ten rounds of assorted ammunition;

b) Sig Sauer, Model P229 Elite, 9mm caliber pistol (S/N: AKU26466), with any attachments and ammunition;

c) Girsan Regard MC, 9mm caliber pistol (S/N: T6368-19A01022), with any attachments and ammunition;

d) Smith & Wesson, Model M&P 9 Shield M2.0, 9mm caliber pistol, with an obliterated serial number, with any attachments and ammunition including approximately eighteen rounds of ammunition;

e) Glock, Model 22, .40 caliber pistol (S/N: CNX975), with any attachments and ammunition including approximately fifteen rounds of ammunition;

f) Diamondback, Model DB15, multi-caliber rifle (S/N: DB2041175), with any attachments and ammunition;

g) unknown manufacturer and model, .223 caliber rifle, no visible serial number with any attachments and ammunition;

h) Smith & Wesson, Model SD40VE, .40 caliber pistol (S/N: FBF5530), with any attachments and ammunition;

i) Beretta, Model M9A3, 9mm caliber pistol (S/N: B062162Z), with any attachments and ammunition;

j) Glock, Model 23, .40 caliber pistol (S/N: MMH810), with any attachments and ammunition;

k) Taurus, Model G3 9mm caliber pistol (S/N: ADD237864), with any attachments and ammunition including approximately fifty rounds of ammunition;

l) Romarm/Cugir, Model Draco, 7.62x39 caliber pistol (S/N: ROA22DG-6976) with any attachments and ammunition including approximately twenty rounds of ammunition;

m) Glock, Model 21, .45 caliber pistol (S/N: HVK482), with any attachments and ammunition including approximately twenty-nine rounds of ammunition;

n) Just Right Carbines, Model JR Carbines, Multi-Caliber, G-9mm pistol (S/N: JRCV079591), with any attachments and ammunition;

o) Smith & Wesson, Model SD9VE, 9mm pistol (S/N: FDP1202), with any attachments and ammunition;

p) Glock, Model 44, .22 caliber (S/N: AEHK448), with any attachments and ammunition; and

q) Iver Johnson, 12-gauge shotgun (S/N: 18E4075), with any attachments and ammunition.

## FORFEITURE ALLEGATION TWO

Upon conviction of any offense set forth in Counts One through Ten of this Indictment, the defendants, **JERMAINE DORSEY**, **JOSIAH WASHINGTON**, and **DIAJONTE BANKS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 934(a)(1), (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL.

/s/

GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

RYAN A. KEEFE
ASSISTANT UNITED STATES ATTORNEY